UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
(UTICA)

| | |
|---|---|
| Isabelle S. C., ) | Case 6:24-cv-01187-BKS-MJK |
| *Plaintiff*, ) | |
| ) | |
| vs. ) | |
| ) | **Joint Stipulation for Remand** |
| ) | (Document Filed Electronically) |
| Leland Dudek,[1] ) | |
| Acting Commissioner of Social Security, ) | |
| *Defendant*. ) | |

**Joint Stipulation for Remand pursuant to the fourth sentence of 42 U.S.C. § 405(g)**

The parties, through their respective counsel, stipulate that the Commissioner's final decision be reversed and that this action be remanded to the Commissioner for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g), including an opportunity for a hearing and a new decision. The parties consent to the entry of judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Dated: February 21, 2025

By: */s/ Jason P. Peck*

Jason P. Peck
Special Assistant U.S. Attorney
Office of Program Litigation – 2
Office of the General Counsel
Social Security Administration
Phone: (212) 264-2493
Duty station time zone: Eastern
jason.peck@ssa.gov

By: */s/ Melissa Kubiak*

Melissa Kubiak
Hiller Comerford Injury & Disability Law
6000 North Bailey Avenue - Suite 1a
Amherst, NY 14226
716-564-3288
Fax: 716-332-1884
Email: mkubiak@hillercomerford.com

**So Ordered:**

_Brenda K. Sannes_                                          February 24, 2025
**U. S. District Court Chief Judge Brenda K. Sannes**        **DATE**

---

[1] Leland Dudek became the Acting Commissioner of Social Security on February 16, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Leland Dudek should be substituted for Michelle King as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).